

FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0513

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0513

_____

DONNIE LEE STANDLEY,

      Petitioner and Appellant,

v.

                       O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Appellant Donnie Lee Standley has filed a motion for a 60-day extension of time to file his opening brief. Good cause appearing.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until December 23, 2024, to prepare, file, and serve his opening brief.

DATED this 15 day of October, 2024.

                       For the Court,

                       _____

                             Chief Justice

FILED

OCT 1 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana